**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____     Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Vastav Inc | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | Alphagraphics #376 | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 1 1 1 9 2 4 3 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2722 N Josey Ln, Suite 100 | |
| Number    Street | Number    Street |
| Carrollton, TX 75007 | |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Denton | |
| County | |
| | Number    Street |
| | City          State   ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Vastav Inc**_____    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .
   <u>3  2  3  1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____    When _____    Case number _____
                                           MM / DD / YYYY

        District _____    When _____    Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

        District _____    When _____
                                                            MM / DD / YYYY

        Case number, if known _____

Debtor  **Vastav Inc**_____   Case number *(if known)*_____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other_____

**Where is the property?** _____

Number     Street

_____

City                        State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion

☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion

☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Debtor    **Vastav Inc**_____     Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/02/2025**_____
                MM/ DD/ YYYY

X **/s/ Pratul Kumar**_____     **Pratul Kumar**_____
   Signature of authorized representative of debtor          Printed name

Title _____**President**_____

**18. Signature of attorney**

X _____**/s/ Robert T DeMarco**_____     Date **04/02/2025**_____
   Signature of attorney for debtor                              MM/ DD/ YYYY

**Robert T DeMarco**_____
Printed name

**DeMarco Mitchell, PLLC**_____
Firm name

**500 N. Central Expressway Suite 500**_____
Number        Street

**Plano**_____     **TX**_____     **75074**_____
City                                       State        ZIP Code

**(972) 991-5591**_____     **robert@demarcomitchell.com**_____
Contact phone                                  Email address

**24014543**_____     **TX**_____
Bar number                              State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Vastav Inc</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 United First, LLC 355152<br>2999 NE 191st Street<br>Miami, FL 33180 | | MCA | Contingent Disputed Unliquidated | | | $402,000.00 |
| 2 Hewell Enterprises<br>5409 Bello Vista Dive<br>Sherman, TX 75090 | | Owner Financing | | | | $380,000.00 |
| 3 Fora Financial Advance<br>1385 Broadway 15th Floor<br>New York, NY 10018 | | MCA | Contingent Disputed Unliquidated | | | $144,677.00 |
| 4 JRG Funding<br>180 Maiden Lane<br>New York, NY 10038 | | MCA | Contingent Disputed Unliquidated | | | $99,265.00 |
| 5 Headway Capital, LLC<br>175 W. Jackson Blvd. Suite 1000<br>Chicago, IL 60604 | | MCA | Contingent Disputed Unliquidated | | | $84,016.00 |
| 6 Quick Bridge<br>46 Discovery<br>Irvine, CA 92618 | | MCA | Contingent Disputed Unliquidated | | | $68,154.00 |
| 7 American Express<br>P.O.Box 570622<br>Atlanta, GA 30357 | | Revolving Debt | | | | $64,592.27 |
| 8 Bank of America<br>PO Box 660441<br>Dallas, TX 75226-0441 | | Revolving Debt | | | | $63,094.80 |

| Debtor | Vastav Inc | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Intuit 3505 Silverside Rd Wilmington, DE 19810 | | | | | | $37,274.96 |
| 10 | US Bank P.O. Box 6353 Fargo, ND 58125 | | Revolving Debt | | | | $27,328.82 |
| 11 | PayPal 3505 Silverside Road Wilmington, DE 19810 | | Loan Builder | | | | $19,031.35 |
| 12 | Bank of America PO Box 672050 Dallas, TX 75267-2050 | | Revolving Debt | | | | $15,217.77 |
| 13 | Intuit 3505 Silverside Rd Wilmington, DE 19810 | | | | | | $11,208.43 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name _____**Vastav Inc**_____

United States Bankruptcy Court for the:
_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☑   Other document that requires a declaration **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/02/2025**_____
              MM/ DD/ YYYY

X  /s/ Pratul Kumar _____
Signature of individual signing on behalf of debtor

**Pratul Kumar**_____
Printed name

**President**_____
Position or relationship to debtor

Official Form B202                Declaration Under Penalty of Perjury for Non-Individual Debtors

**AlphaGraphics**
143 Union Boulevard, 650
Denver, CO 80228

**AlphaGraphics, Inc.**
215 South State Street, Suite 320
Salt Lake City, UT 84111

**American Express**
P.O.Box 570622
Atlanta, GA 30357

**Attorney General of the
United States**
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

**Bank of America**
PO Box 660441
Dallas, TX 75226-0441

**Bank of America**
PO Box 672050
Dallas, TX 75267-2050

**Dallas County Tax-Assessor
Collector**
500 Elm St Ste 3300
Dallas, TX 75202-3304

**Fora Financial Advance**
1385 Broadway 15th Floor
New York, NY 10018

**Headway Capital, LLC**
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604

**Hewell Enterprises**
5409 Bello Vista Dive
Sherman, TX 75090

**Hewlett Packard**
5555 Windward Parkway
Alpharetta, GA 30004

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Intuit**
3505 Silverside Rd
Wilmington, DE 19810

**Josey/Trinity Mills, LT**
3102 Maple Avenue, Suite 500
Dallas, TX 75201

**JRG Funding**
180 Maiden Lane
New York, NY 10038

**Office of the Attorney General**
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

**Office of the United States Trustee**
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002

**PayPal**
3505 Silverside Road
Wilmington, DE 19810

**Quick Bridge**
46 Discovery
Irvine, CA 92618

**Small Business Administration**
14925 Kingsport Road
Fort Worth, TX 76155-2243

**Texas Alcoholic Beverage Commission**
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

**Texas Comptroller of Public Accounts**
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

**Texas Workforce Commission**
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

**Transpecos Bank**
1305 E Houston St, Building 1, Suite 1200
San Antonio, TX 78205

**U.S. Department of HUD**
307 W. 7th Street Suite 1000
Fort Worth, TX 76102


**U.S. Dept. of Veterans Affairs**
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


**U.S. Securities & Exchange Comm.**
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

**U.S. Small Business Administration**
150 Westpark Way Ste 130
Euless, TX 76040-3705


**United First, LLC 355152**
2999 NE 191st Street
Miami, FL 33180


**United States Attorney**
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699


**US Bank**
P.O. Box 6353
Fargo, ND 58125


**Xerox**
P.O. BOX 299075
Lewisville, TX 75029

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Vastav Inc**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**04/02/2025**___     Signature _____ **/s/ Pratul Kumar** _____

Pratul Kumar, President

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                        CHAPTER **11**
**Vastav Inc**

DEBTOR(S)                                                     CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Pratul Kumar** 5795 Aylworth Dr Frisco, TX 75035 | Stock | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/02/2025**_____          Signature: **/s/ Pratul Kumar** _____

                                                        *Pratul Kumar, President*